1210

No. 90–7863. AREVALO-NAVARRO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–7906. CREEL v. KEENE, CHAIRMAN, BOARD OF PARDONS AND PAROLES. C. A. 5th Cir. Certiorari denied.

No. 90–7909. HOLZENDORF v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–7914. GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7915. WOLSKY v. OREGONIAN PUBLISHING CO. C. A. 9th Cir. Certiorari denied.

No. 90–7924. BOWLING v. RHODE ISLAND. Sup. Ct. R. I. Certiorari denied.

No. 90–7933. ADAMITA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–7934. AISPURO-TORRES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7935. ENGLISH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–7936. GOOD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–7937. DETAR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7942. SOBAMOWO v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 90–7943. SWINT v. ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT WAYMART, ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–7948. JORDAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–7952. ALLEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.